UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>            Plaintiff,<br><br>     v.<br><br>OMONIYI TEMITOPE ANKINTOLA, et al.,<br><br>            Defendants. | No. 2:23-cv-1208 AC P<br><br><br><u>ORDER</u> |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis application or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[1] <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate application in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

      Additionally, review of the complaint shows that it is missing the signature page and has not been signed by plaintiff. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The court is unable to consider plaintiff's complaint unless he signs and re-files the complaint.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

Plaintiff will therefore be provided an opportunity to re-file his complaint bearing his signature. Failure to comply with either part of this order will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the service of this order, an application in support of a request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $402.00;

2. Within thirty days from the service of this order, plaintiff shall re-file a <u>signed</u> complaint;

3. Failure to comply with either part of this order will result in a recommendation that this action be dismissed; and

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 26, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE