UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>    Plaintiff,<br><br>    v.<br><br>OMONIYI TEMITOPE ANKINTOLA, et al.,<br><br>    Defendants. | No. 2:23-cv-1208 AC P<br><br>ORDER |

By an order filed June 27, 2023, plaintiff was ordered to file a completed in forma pauperis application or pay the filing fee. ECF No. 3. He was also ordered to submit a signed complaint. Id. He was cautioned that failure to comply with either order would result in a recommendation that this action be dismissed. Id. at 2. The thirty-day period has now expired, and though plaintiff has submitted a first amended complaint, it is not signed, and he has not filed an application to proceed in forma pauperis or paid the fees. Plaintiff will be given one final opportunity to file a signed complaint and submit an application to proceed in forma pauperis or pay the fee.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the filing of this order, plaintiff shall submit a signed complaint;

1

2.  Within twenty-one days of this order plaintiff shall submit an application to proceed in forma pauperis or pay the filing fee; and

3.  Failure to comply with either part of this order will result in a recommendation that this action be dismissed without further warning.

DATED: August 14, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE