UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMONIYI TEMITOPE ANKINTOLA, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-1208 AC P<br><br>ORDER |

　　　Plaintiff filed a motion for a thirty-day extension of time to file a third amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 21) is GRANTED; and

　　　2. Plaintiff is granted thirty days from the service of this order in which to file a third amended complaint.

DATED: August 28, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE