UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:23-cv-1208 AC P |
| Plaintiff, | |
| v. | ORDER |
| OMONIYI TEMITOPE ANKINTOLA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for a settlement conference. ECF No. 23.  The motion will be denied as plaintiff has yet to state any cognizable claims and service has not been found to be appropriate for on any defendant.  Plaintiff currently has until September 30, 2024, to file an amended complaint.  This deadline will be extended in light of plaintiff's representation that he is having difficulty meeting his court deadlines due to lockdowns.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a settlement conference (ECF No. 23) is DENIED; and

2. Plaintiff shall have an addition thirty days, up to October 30, 2024, to file an amended complaint.

DATED: September 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE