UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:23-cv-1208 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| OMONIYI TEMITOPE ANKINTOLA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed another request for camera footage from the prison's audio/video surveillance system, which will be construed as a motion to compel. ECF No. 29. Although the court ordered service of the fourth amended complaint, defendant has yet to be served, making discovery premature. Moreover, the requested video recordings do not appear to be related to the issues currently before the court, as plaintiff seeks video recordings from October 29, 2024. Plaintiff also requests that the violation of his civil rights be investigated, which goes beyond the scope of relief available in this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel video recordings and for an investigation (ECF No. 29) is DENIED.

DATED: November 14, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE