UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OMONIYI TEMITOPE ANKINTOLA, et al.,<br><br>　　　　　　Defendants. | No. 2:23-cv-1208 DJC AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 6, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 31. Plaintiff has not filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 31) are adopted in full;

    2. Plaintiff's claims against defendants Campo, Kahlon, Anugwara, and Mitchell and the Doe defendants are dismissed without leave to amend and the Clerk of the Court is directed to terminate these defendants; and

    3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **January 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE