UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>    Plaintiff,<br><br>    v.<br><br>OMONIYI TEMITOPE AKINTOLA,<br><br>    Defendant. | No. 2:23-cv-1208 DJC AC P<br><br><br>ORDER |

        Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed January 15, 2025, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 40. That order provided defendant the opportunity to request opting out of the ADR Project based on a good faith belief that a settlement conference would be a waste of resources. Id. at 2. Defendant now requests to opt out of the Post-Screening ADR Project and that the stay be lifted. ECF No. 43. Having reviewed the request, the court finds good cause to grant it. In light of defendant's request to opt out of the Post-Screening ADR Project, plaintiff's request for a settlement conference and to stay the case pending settlement proceedings will be denied.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant's request to opt out of the Post-Screening ADR Project (ECF No. 43) is GRANTED.

2. The ADR stay of this action, commencing January 15, 2025 (ECF No. 40), is LIFTED.

3. Within twenty-one days of the filing of this order, defendant shall file a response to the complaint.

4. Plaintiff's motion for a settlement conference and to stay the case pending settlement proceedings (ECF No. 42) is DENIED.

DATED: February 26, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE