UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No. 2:23-cv-1208 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| OMONIYI TEMITOPE AKINTOLA, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time. ECF No. 46. However, the motion does not identify what deadline plaintiff seeks to extend or how long of an extension he is seeking. Id. The only currently pending deadline is plaintiff's deadline to respond to defendant's motion to dismiss, but given the timing of the motion for extension, it does not appear plaintiff was aware of defendant's motion at the time he filed it. Regardless, since plaintiff represents he is currently without his property due to a recent transfer, his deadline to respond to the motion to dismiss will be extended.[1]

////

---

[1] Plaintiff's motion for an extension of time includes a notice of change of address. ECF No. 46. However, it appears defendant's motion to dismiss was still properly served on plaintiff since the certificate of service reflects that it was mailed to plaintiff at both his address of record at the time of filing and his current address. ECF No. 46-2.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 46) is GRANTED to the extent the deadline to respond to defendant's motion to dismiss will be extended; and

2. Plaintiff is granted an additional twenty-one days, up to May 5, 2025, to file a response to the motion to dismiss.

DATED: March 31, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE