UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST,<br><br>   Plaintiff,<br><br>   v.<br><br>OMONIYI TEMITOPE ANKINTOLA, et al.,<br><br>   Defendants. | No. 2:23-cv-1208 DJC AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. Currently before the court is defendant's motion to strike plaintiff's miscellaneous exhibits on the ground that they are unrelated to the claims at issue in this case. ECF No. 67. The exhibits do not accompany a motion, and as defendant points out they do not appear to have any relation to the claims at issue in this case. ECF No. 66.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to strike (ECF No. 67) is GRANTED; and

2. Plaintiff's exhibits (ECF No. 66) are STRICKEN from the record.

DATED: December 29, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE