IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL FOUST,** | Case No. 2:23-cv-1208 DJC AC P |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **O. AKINTOLA,** | |
| Defendants. | |

Good cause appearing, Defendant's Motion for Administrative Relief re: Extension of Time to Conduct Discovery and File Pre-Trial Motions (ECF No. 69) is **GRANTED**. The parties may conduct discovery until **March 17, 2026**. Any motions necessary to compel discovery shall be filed by **March 17, 2026**. All pretrial motions, except motions to compel discovery and motions directly related to trial proceedings, shall be filed on or before **June 10, 2026**. All other provisions in the Court's Discovery and Scheduling Order (ECF No. 64) remain unchanged and in effect.

IT IS SO ORDERED.

DATED: January 20, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1