UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL FOUST, | No.  2:23-cv-1208 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| OMONIYI TEMITOPE ANKINTOLA, et al., | |
| Defendants. | |

Defendant has filed a request to stay the case for sixty days while the parties explore a potential settlement.  ECF No. 71.  The deadline to complete discovery, including the filing of motions to compel, is March 17, 2026.  ECF No. 70.  Dispositive motions are due by June 10, 2026.  Id.  Good cause appearing, the request to stay will be granted and the discovery and dispositive motions deadlines will be vacated.  In the event the parties are unable to settle the case, the court will set new deadlines for the completion of discovery and filing of dispositive motions.

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendant's motion to stay the case (ECF No. 71) is GRANTED and this case is stayed for sixty days while the parties discuss settlement of this case.

////

1

2.   No later than sixty days from the filing of this order, defendant shall file a notice with the court advising the court whether the parties have been able to reach a settlement agreement. If, at any time during the parties' discussions, they believe the assistance of a magistrate judge would be helpful in resolving this case, they may file a request for a settlement conference and the case will be referred to another magistrate judge for a settlement conference.

3.   The March 17, 2026 discovery deadline and June 10, 2026 dispositive motions deadline are VACATED and will be re-set in the event the parties are unable to settle this case.

DATED:  March 4, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE