UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL FOUST,

            Plaintiff,

     v.

OMONIYI TEMITOPE AKINTOLA, et al.,

            Defendants.

No.  2:23-cv-1208 DJC AC P

ORDER

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed March 4, 2026, this case was stayed for sixty days to allow the parties to pursue settlement discussions.  ECF No. 72.  Defendant has now filed a request for referral for a settlement conference, stating that the parties remain interested in settling the case but have been unable to reach an agreement and believe that a settlement conference may be beneficial.  ECF No. 75.

Good cause appearing, IT IS HEREBY ORDERED that defendant's request for a settlement conference (ECF No. 75) is GRANTED.  This case is referred for assignment to another magistrate judge to conduct a settlement conference.

DATED: May 4, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE