UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL FOUST,

Plaintiff,

v.

OMONIYI TEMITOPE AKINTOLA, et al.,

Defendants.

No.  2:23-cv-1208 DJC AC P

ORDER

Defendant has filed a notice advising that the parties have settled the case and anticipate filing dispositional documents within sixty days.  ECF No. 77.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  All pending matters and dates are VACATED; and

2.  Dispositional documents are due within sixty days of this order.

DATED: May 11, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE